**MEMO ENDORSED**



**HPM&B**
ATTORNEYS AT LAW

81 Main Street   White Plains, NY 10601-1711
Tel: (914) 559-3100   Fax: (914) 949-1160
WWW.HPMB.COM

**Andrew Neubardt**
Partner
aneubardt@hpmb.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 02 2012

September 21, 2012

**E-MAIL**
Abrams_nysdchambers@nysd.uscourts.gov
Honorable Judge Ronnie Abrams
Southern District, New York
500 Pearl Street
New York, NY 10007

Re:   Adams v. Cushner, M.D.
      Our File No: 687-1015
      Docket No: 10 CV 2773

Dear Honorable Judge Abrams:

The undersigned represents Dr. Michael Cushner and WESTMED Medical Group regarding the above captioned matter. When plaintiff's counsel and I met with you for a conference on August 21, 2012 we were instructed to report the status of this case to the court on September 21, 2012. You may recall that the main outstanding item of discovery at the time of our conference was a physical examination of the plaintiff. There had been a previously scheduled appointment for Mr. Adams but, due to a mix up at the examining physician's office, the physical examination was not conducted.

I have received carrier approval for another physician to conduct the physical examination of the plaintiff in this case. Plaintiff's counsel is currently setting up an appointment for his client. Plaintiff's counsel and I expect that the report of that physical examination will be exchanged within the next 30 days.

At the time of our August 21, 2012 conference the court indicated that we would either be called in for a conference or directed to provide another status report on October

981002.1

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK   |   CONNECTICUT   |   WESTCHESTER   |   LONG ISLAND



21, 2012. Plaintiff's counsel and I await the court's direction in this regard.

RESPECTFULLY SUBMITTED

ANDREW NEUBARDT

SCOTT SESKIN

cc: ss@frankandseskin.com

The parties shall submit a joint status letter by October 31, 2012.

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

10/2/12

981002.1